IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:02CR176
                             )
      v.                     )
                             )
RAYMOND JOHN OTERO,          )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 102). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the final dispositional hearing on the petition for warrant or summons for offender under superision (Filing No. 95) is rescheduled for:

**Friday, October 20, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 8th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court