IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR176 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND JOHN OTERO, now known as RAYMOND MENDOZA, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after hearing on the petition for warrant or summons for offender under supervision (Filing No. 95). Defendant has admitted the three allegations contained in the petition. Accordingly,

IT IS ORDERED that sentencing on the violations contained in the petition for warrant or summons for offender under supervision is scheduled for:

**Friday, January 12, 2007, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 20th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court